This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**PATRICK D. TAYS,**

    Plaintiff-Appellant,

v.                        **NO. 30,571**

**CHARLOTTE LAMONT, UNKNOWN**
**OTHER and KAREN MUNDY,**

    Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**James F. Martin, District Judge**

Patrick D. Tays
Arab, AL

Pro Se Appellant

Miller Stratvert P.A.
Charlotte Lamont
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**KENNEDY, Judge.**

Summary dismissal was proposed for the reasons stated in the calendar notice. No memorandum opposing summary dismissal has been filed, and the time for doing so has expired.  **DISMISSED.**

**IT IS SO ORDERED.**

_____
RODERICK T. KENNEDY, Judge

WE CONCUR:

_____
MICHAEL D. BUSTAMANTE, Judge

_____
LINDA M. VANZI, Judge

3